1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  75 East Santa Clara Street
   Suite 290
3  San Jose, California 95113

4  KEATON & ASSOCIATES, P.C.
   MICHAEL J. KEATON, ESQ. IL# 6207203
5  MARK BULGARELLI, ESQ. IL# 6284703        *E-FILED - 5/3/10*
   1278 W. Northwest Highway
6  Suite 903
   Palatine, Illinois 60074
7
   ATTORNEYS FOR GREENFIELD FRESH, INC.
8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**

11 GREENFIELD FRESH, INC.,            )
                                      )
12         Plaintiff,                 )
                                      )   Case No. 09-01114-RMW
13     v.                             )
                                      )   **ORDER DIRECTING EXAMINATION**
14 GUICHO'S PRODUCE, INC. and         )   **AFTER JUDGMENT PURSUANT TO**
   ROBERTO P. GUICHO, individually,   )   **FEDERAL RULE 69(a)(2)**
15                                    )
           Defendants.                )
16

17

18
       A Default Judgment was entered on May 5, 2009 by Deputy Clerk, Albert Younger.
19
   Defendants' failed to make payment pursuant to a Stipulation and Consent Judgment signed by
20
   Judge Whyte on June 23, 2009. [See Declaration of Kathryn S. Diemer] Plaintiff Greenfield
21
   Fresh, Inc. respectfully requests that the Court order an examination of Roberto P. Guicho,
22
   pursuant to Federal Rules of Civil Procedure, Rule 69(a)(2).
23
   IT IS HEREBY ORDERED THAT:
24
   1.   Roberto P. Guicho, or the person most knowledgeable at the Debtor shall appear at the
25
   offices of Diemer & Whitman, 2 North Second Street, Suite 1100, San Jose, CA 95113 for a 2004
26

1  examination at a time to be set by mutual agreement with Debtor's counsel no later than May 18,
2  2010. Mr. Guicho shall produce all requested documents concerning the ownership of property
3  owned by or in the name of Roberto Guicho, all bank accounts identifying Roberto Guicho, a
4  listing of all personal property, including but not limited to any automobiles registered to; owned
5  by Roberto Guicho and all property owned by Guicho's produce, including any motor vehicles
6  of any kind. Greenfield Fresh, Inc. will provide court reporter for examination.

Dated: 5/3/10

*/s/ Ronald M. Whyte*
Judge Ronald Whyte
United States District Court Judge

Date: April 27, 2010                    Respectfully submitted,

GREENFIELD FRESH, INC.

By: /s/ Kathryn S. Diemer, Esq.
        One of Its Attorneys

<u>Local Counsel</u>
Kathryn S. Diemer, Esq.
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Tel: 408/971-6270
Fax: 408/971-6271
kdiemer@diermerwhitman.com

- AND-

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Mark Bulgarelli
Illinois Bar No. 6284703
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Fax: 847/934-6508
mbulgarelli@pacatrust.com
Counsel for the Plaintiff