| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] RECORDING REQUEST BY AND RETURN TO:     TELEPHONE NO. **(408) 971-6270** | | |

[X] RECORDING REQUEST BY AND RETURN TO:

Kathryn S. Diemer
Diemer, Whitman & Cardosi

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

STREET ADDRESS: 280 S. First Street
CITY AND ZIP CODE: San Jose, CA
BRANCH NAME: San Jose Division

PLAINTIFF: GREENFIELD FRESH, INC.

DEFENDANT: GUICHO'S PRODUCE, INC. and
ROBERTO GUICHO

WRIT OF  [x] **EXECUTION (Money Judgment)**
      [X] **POSSESSION OF**    [✓] **Personal Property**
                       [ ] **Real Property**
      [ ] **SALE**

CASE NUMBER:
**5:09-CV-01114-RMW**

FOR COURT USE ONLY

1. To the Sheriff or any Marshal or Constable of the County of: Santa Clara
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* Greenfield Fresh, Inc.

   is the [X] judgment creditor    [ ] assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor *(name and last known address):*

Roberto Guicho
1670 Las Plumas Avenue
San Jose, CA  95133

[ ] additional judgment debtors on reverse

5. Judgment entered on *(date):* 6/23/09
6. [ ] Judgment renewed on *(dates):*

7. Notice of sale under this writ
  a. [ ] has not been requested.
  b. [ ] has been requested *(see reverse).*
8. [ ] Joint debtor information on reverse.

9. [x] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.

| 11. Total judgment | $128,372.82 | $ |
|---|---|---|
| 12. Costs after judgment (per filed order or memo CCP 685.090 | $10,058.80* | $ |
| 13. Subtotal *(add 11 and 12)* | | $ 138,431.62 |
| 14. Credits | | $ ($31,836.96) |
| 15. Subtotal *(subtract 14 from 13)* | | $ 106,594.66 |
| 16. Interest after judgment (per filed affidavit CCP 685.050) | $13,842.27* | $ |
| 17. Fee for issuance of writ | | $ |
| 18. Total *(add 15, 16, and 17)* | | $ 120,436.93* |

19. Levying officer: Add daily interest from date of writ *(at the legal rate on 15)* .................. $ 1.5% per month
*as of 5/24/10. Fees and Interest are ongoing.

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

(SEAL)

Issued on *(date):* **JUN 07 2010**

Clerk, by *Diane Migas* , Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

**(Continued on reverse)**

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130 REV 1/89

| SHORT TITLE: | CASE NUMBER |
|---|---|
| GREENFIELD v. GUICHO'S | ɔ:09-01114 - RMW |

CONTINUED FROM FRONT:

☐ Additional judgment debtor *(name and last known address)*:

☐ Notice of sale has been requested by *(name and address)*:

☐ Joint debtor was declared bound by the judgment (CCP 989-994)
a. on *(date)*:
b. name and address of joint debtor

a. on *(date)*:
b. name and address of joint debtor

c. ☐ additional costs against certain joint debtor: *(itemize)*:

☐ Judgment was entered for the following:

    a. ☐ Possession of personal property
       ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
    b. ☐ Possession of real property
    c. ☐ Sale of personal property
    d. ☐ Sale of real property
    e. Description of property

## - NOTICE TO PERSON SERVED -

**Writ of execution or sale.**   Your rights and duties are indicated on the accompanying Notice of Levy.

**Writ of possession of personal property.**   If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**Writ of possession of real property.**   If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

J-130 (REV. Jan. 1, 1989)         **WRIT OF EXECUTION**         Page two

9e. DESCRIPTION OF PROPERTY TO BE LEVIED

The following vehicles are to be levied and are in the possession of Roberto Guicho or Guicho's Produce, Inc. Documents further identifying the vehicles to be levied are attached as Exhibit A.

1. 2006 Ford E350       Vin #  1FTSE34P46DB05242

2. 2004 Ford E450       Vin#   1FDXE45P84HA85573

3. 2004 Ford E450       Vin#   1FDXE45P54HA91010

4. 2008 Toyota Tundra  Vin#   5TFEV54108X067823

5. 2005 Toyota Tundra  Vin#   5TBRT34145S456874

6. 1993 DQ 32V          Vin#   1FDKE37M5PHA60979

7. 2000 Nissan          Vin#   JNAUZV1J2YG551113

8. 1999 FW              Vin#   JNAPA43H9XGN50287

A copy of the judgment is attached as Exhibit B.

# Exhibit A



A Public Service Agency

THIS VALIDATED REGISTRATION CARD OR A FACSIMILE COPY IS TO BE KEPT WITH THE
VEHICLE FOR WHICH IT IS ISSUED. THIS REQUIREMENT DOES NOT APPLY WHEN THE
VEHICLE IS LEFT UNATTENDED. IT NEED NOT BE DISPLAYED. PRESENT IT TO ANY PEACE
OFFICER UPON DEMAND. IF YOU DO NOT RECEIVE A RENEWAL NOTICE, USE THIS FORM
TO PAY YOUR RENEWAL FEES OR NOTIFY THE DEPARTMENT OF MOTOR VEHICLES OF THE
PLANNED NON-OPERATIONAL STATUS (PNO) OF A STORED VEHICLE. RENEWAL FEES MUST
BE PAID ON OR BEFORE THE REGISTRATION EXPIRATION DATE OR PENALTIES WILL BE
DUE PURSUANT TO CALIFORNIA VEHICLE CODE SECTIONS 9552 - 9554.

EVIDENCE OF LIABILITY INSURANCE FROM YOUR INSURANCE COMPANY MUST BE PROVIDED
TO THE DEPARTMENT WITH THE PAYMENT OF RENEWAL FEES. EVIDENCE OF LIABILITY
INSURANCE IS NOT REQUIRED WITH REGISTRATION RENEWAL OF OFF-HIGHWAY VEHICLES,
TRAILERS, VESSELS, OR IF YOU FILE A PNO ON THE VEHICLE.

WHEN WRITING TO DMV, ALWAYS GIVE YOUR FULL NAME, PRESENT ADDRESS, AND THE
VEHICLE MAKE, LICENSE, AND IDENTIFICATION NUMBERS.


************** DO NOT DETACH - REGISTERED OWNER INFORMATION **************



A Public Service Agency

REGISTRATION CARD VALID FROM: 03/31/2009 TO: 03/31/2010

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| FORD | 1993 | 1993 | DQ | 1996 | 32V | 31 | 5K26582 |

| BODY TYPE MODEL | HP | MO | AX | WC | UNLADEN/G/CGW | | VEHICLE ID NUMBER |
|-----------------|----|----|----|----|----|----|----|
| VN | D | QR | 2 | A | 15000 | | 1FDKE37M5PHA60979 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|------------------|-------------|---------|--------------|-----|----------------|
| COMMERCIAL | 04/07/09 | 43 | 04/07/09 | 8 | V1181731 |

PR EXP DATE: 03/31/2009

REGISTERED OWNER
GUICHO ROBERTO
1670 LAS PLUMAS AVE STE B

AMOUNT PAID
$ 496.00

AMOUNT DUE
$ 496.00

AMOUNT RECVD
CASH :   496.00
CHCK :
CRDT :

SAN JOSE
CA          95133

LIENHOLDER
FORD MTR CRDT CO
PO BX 105704

ATLANTA
GA          30348

H00  668 45 0049600 0016 CS  H00 040709 31  5K26582 979

PERMANENT TRAILER IDENTIFICATION CARD

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| WABAS | 1994 | 1994 | AL | 2009 | 42R | PA | 4BV2797 |

| BODY TYPE MODEL | MP | MO | AX | WC | UNLADEN WT | | |
|-----------------|-----|----|----|----|-----------|---|---|
| REF | | QR | 2 | N | 13300 | | VEHICLE ID NUMBER |

TYPE VEHICLE USE
TRAILER

| DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | USE TAX |
|-------------|---------|--------------|-----|---------|
| 04/28/09 | 43 | 04/28/09 | T | 154 |

VEHICLE ID NUMBER
1JJE482S1RL228356

REGISTERED OWNER
GUICHO ROBERTO
1670 LAS PLUMAS AVE

EXP DATE: PERM

SAN JOSE
CA          95133

LIENHOLDER

AMOUNT DUE
$   161.00

AMOUNT RECVD
CASH :   161.00
CHCK :
CRDT :

AMOUNT PAID
$   161.00

F00   623 11 0016100 0043 CS   F00 042809 PA   4BV2797 356

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE

SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

## NOTICE OF TRANSFER AND RELEASE OF LIABILITY

DMV MICROGRAPHICS USE ONLY

MAIL THIS FORM TO DMV

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST

B. NEW OWNER'S ADDRESS    APT NUMBER

C. ODOMETER READING (NO TENTHS)

D. CITY    STATE    ZIP CODE

E. DATE OF SALE OR LEASE RETURN
MO.   DAY   YR

F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST

G. SELLING PRICE (NO CENTS)
WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER

I. SELLER'S OR LESSEE'S SIGNATURE

J. CITY    STATE    ZIP CODE

X

VEHICLE ID NUMBER    YR. MODEL   MAKE    PLATE NUMBER

JNAUZY1J2YG551113    2000 NISS    6L32683

REG 138A (REV. 10/2004)

---

## STATE OF CALIFORNIA

CERTIFICATE OF TITLE

VOID VOID VOID
VOID VOID VOID
VOID VOID VOID

2000 AJ 2007 N

MILEAGE

GUICHO PENA ROBERTO
1670 LAS PLUMAS AVE STE B
SAN JOSE CA 95133

VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW    VOID WITHOUT BEAR WATERMARK, HOLD TO LIGHT TO VIEW

KEEP IN A SAFE PLACE - VOID IF ALTERED

PRINT YOUR CHARACTERS IN CAPITAL LETTERS USING BLACK OR BLUE INK-READ INSTRUCTIONS ON REVERSE SIDE.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0 1 2 3 4 5 6 7 8 9

**DMV MICROGRAPHICS USE ONLY**

**NOTICE OF RELEASE OF LIABILITY**
*MAIL THIS FORM TO DMV*

A. BUYER'S TRUE FULL NAME (LAST)          (FIRST)          (MIDDLE)          B. IF DEALER CHECK BELOW

C. BUYER'S ADDRESS          D. ODOMETER READING

E. CITY          STATE          ZIP CODE          F. DATE OF SALE
                                                  MO.   DAY   YR.

G. SELLER'S TRUE FULL NAME (LAST)          (FIRST)          (MIDDLE)

H. SELLER'S ADDRESS          I. SELLING PRICE

J. CITY          STATE          ZIP CODE          K. SELLER'S SIGNATURE
                                                  X

VEHICLE ID NUMBER          YR MODEL   MAKE          PLATE NUMBER

JNAPA43H9XGN50287          1999 UD          7FL1715

REG. 138K (REV. 11/97)          DO NOT DETACH UNTIL SOLD

**STATE OF CALIFORNIA**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

GUCHIO ROBERTO PENA
OR GUCHIO ENRIQUE PENA
00072 TORRANCE AVE
SAN DIEGO CA 92227

0242661040 FORD
1808 UALS
4806300000000000 3474 4057

KEEP IN A SAFE PLACE - VOID IF ALTERED

| Dealer Number | | Contract Number | R.O.S Number 18924313 | Stock Number 19885 |

**ROBERTO GUICHO**
1670 LAS PLUMAS AVE SUITE B
SAN JOSE CA SANTA CLARA 95133

**CAPITOL EXPRESSWAY FORD**
919 W. CAPITOL EXPWY
SAN JOSE, CA 95136

You, the Buyer (and Co-Buyer, If any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2006 | FORD E350 | 188 | 1FTSE34P46DB05242 | ☒ personal, family or household ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $1.00 |
|---|---|---|---|---|
| 16.50 % | $ 23108.49 (e) | $ 39725.91 | $ 62834.40 (e) | $ 62834.40 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 71 Payments | 872.70 | Monthly, Beginning 06/25/07 |
| Payments | N/A | Monthly, Beginning N/A |
| One Final Payment | 872.70 | 05/25/2013 |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge equal to 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you may be charged a minimum finance charge.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

**ITEMIZATION OF THE AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

| | | |
|---|---|---|
| 1. Total Cash Price | | |
| A. Cash Price of Motor Vehicle and Accessories | $ 33757.00 | (A) |
|   1. Cash Price Vehicle | $ 33757.00 | |
|   2. Cash Price Accessories | $ N/A | |
|   3. Other (Nontaxable) | | |
|     Describe | $ N/A | |
|     Describe | $ N/A | |
| B. Document Preparation Fee (not a governmental fee) | $ 55.00 | (B) |
| C. Smog Fee Paid to Seller | $ N/A | (C) |
| D. (Optional) Theft Deterrent Device (to whom paid) N/A | $ 299.00 | (D) |
| E. (Optional) Theft Deterrent Device (to whom paid) N/A | $ N/A | (E) |
| F. (Optional) Surface Protection Product (to whom paid) N/A | $ N/A | (F) |
| G. (Optional) Surface Protection Product (to whom paid) N/A | $ N/A | (G) |
| H. Sales Tax (on taxable items in A through G) | $ 2814.16 | (H) |
| I. Optional DMV Electronic Filing Fee | $ N/A | (I) |
| J. (Optional) Service Contract (to whom paid) N/A | $ N/A | (J) |
| K. (Optional) Service Contract (to whom paid) N/A | $ N/A | (K) |
| L. (Optional) Service Contract (to whom paid) N/A | $ N/A | (L) |
| M. Prior Credit or Lease Balance paid by Seller to | $ 1815.00 | (M) |
|   (see downpayment and trade-in calculation) GAP | | |
| N. (Optional) Gap Contract (to whom paid) | $ 695.00 | (N) |
| O. (Optional) Used Vehicle Contract Cancellation Option Agreement | $ N/A | (O) |
| P. Other (to whom paid) | $ N/A | (P) |
|   For | | |
| Total Cash Price (A through P) | $ 39435.16 | (1) |
| 2. Amounts Paid to Public Officials | | |
| A. License Fees | $ 282.00 | (A) |
| B. Registration/Transfer/Titling Fees | $ N/A | (B) |
| C. California Tire Fees | $ 8.75 | (C) |
| D. Other | $ N/A | (D) |
| Total Official Fees (A through D) | $ 290.75 | (2) |
| 3. Amount Paid to Insurance Companies | | |
| (Total premiums from Statement of Insurance column a + b) | $ N/A | (3) |
| 4. ☐ Smog Certification or ☐ Exemption Fee Paid to State | $ N/A | (4) |
| 5. Subtotal (1 through 4) | $ 39725.91 | (5) |

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| N/A | N/A Mos. $ | N/A |
| N/A Ded. Comp., Fire & Theft | N/A Mos. $ | N/A |
| N/A Ded. Collision | N/A Mos. $ | N/A |
| Bodily Injury N/A Limits | N/A Mos. $ | N/A |
| Property Damage N/A Limits | N/A Mos. $ | N/A |
| Medical N/A | N/A Mos. $ | N/A |
| Total Vehicle Insurance Premiums | | $ N/A (a) |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____
Seller CAPITOL EXPRESSWAY FORD

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A Mos. | N/A | N/A |
| Credit Disability | N/A Mos. | N/A | N/A |
| Total Credit Insurance Premiums | | $ | N/A (b) |

Insurance Company Name _____

Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE BEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

You want to buy the credit insurance.

05/26/07

| Date | Buyer Signature | Age |
|---|---|---|

| Date | Co-Buyer Signature | Age |

Model **XXXX**   Odom **XXXX**

VIN **1FTYR10U35PB05907**

|  |  |  |
|---|---|---|
| B. Gross Trade-In Value | $ 1956.00 | (B) |
| C. Net Trade-In (A less B) (Indicate if a negative number) | $ 5916.00 | (C) |
| D. Deferred Downpayment | $ N/A | (D) |
| E. Manufacturer's Rebate | $ 3500.00 | (E) |
| F. Other | $ N/A | (F) |
| G. Cash | $ N/A | (G) |
| Total Downpayment (C through G) | $ 0:00 | (6) |

(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1M above)

7. Amount Financed (5 less 6)   $ 39725.91   (7)

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: **N/A**
Amount $ N/A   Finance Charge $ N/A
Total $ N/A   Payable in N/A
Installments of $ N/A
from this Loan is shown in Item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable:

You want to buy a gap contract.   Buyer X **Roberto Cruz**

**OPTIONAL SERVICE CONTRACT(S):** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in Item 1J,1K, and/or 1L above.

| 1J Company | N/A |  |
|---|---|---|
| Term N/A | Mos. | Miles |
| 1K Company | N/A |  |
| Term N/A | Mos. | Miles |
| 1L Company | N/A |  |
| Term N/A | Mos. | Miles |
| Buyer X | | |

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X **Roberto Cruz**
Co-Buyer Signs X

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back of this contract apply. The Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

X **Roberto Cruz**      X
Buyer                    Co-Buyer

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before _____ Year _____   **SELLER'S INITIALS**

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
**WARNING:** YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X **Roberto Cruz**      X

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-In Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in Item 6B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in Item 6B as "Prior Credit or Lease Balance," Seller will refund the difference to you.

Buyer X **Roberto Cruz**      Co-Buyer X      N/A

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X **Roberto Cruz**      Co-Buyer Signature X

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION.** California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day contract cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X **Roberto Cruz**   Date **05/26/07**   Co-Buyer Signature X      Date

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X      Address

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if Buyer and other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing. Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X      Date **05/26/07**      Guarantor X      Date

Address      Address

Seller Signs **CAPITOL EXPRESSWAY FORD**   Date **05/26/07**   By X      Title **MGR.**

LAW FORM NO. 553-CA-ARB 7/06 ... CUSTOMER/TRUTH-IN-LENDING COPY

| Número de Coprestamista | | Número de Contrato | | Número R.O.S. | | Número de Surtido |
|---|---|---|---|---|---|---|

**ROBERTO GUICHO**

1670 LAS PLUMAS AVE SUITE B
SAN JOSE CA SANTA CLARA  95133

**CAPITOL EXPRESSWAY FORD**

919 W. CAPITOL EXPWY
SAN JOSE, CA  95136

Usted, el Comprador (y Comprador Conjunto, si existe), puede comprar el vehículo mencionado a continuación con dinero en efectivo o a crédito. Al firmar este contrato, usted elige comprar el vehículo a crédito según lo acordado en el anverso y el reverso de este contrato. Usted acuerda a pagarle al Acreedor - Vendedor (de vez en cuando "nosotros" en este contrato) el Monto Financiado y el Recargo de Financiamiento en conformidad con la estructura de pagos delineada abajo. Calcularemos su cargo por financiamiento diario. Las Declaraciones sobre la Veracidad del Préstamo que aparecen más adelante son parte de este contrato.

| Nuevo Usado | Año | Marca y Modelo | Odómetro | N° de Identificación del Vehículo | Uso Principal de la Compra |
|---|---|---|---|---|---|
| NEW | 2006 | FORD E350 | 188 | 1FTSE34P46DB05242 | ☐ personal, familiar o del hogar<br>☐ negocio o comercial |

## DECLARACIONES SOBRE LA VERACIDAD DEL PRÉSTAMO

| TASA PORCENTUAL ANUAL El costo de su crédito a tasa anual. | RECARGO DE FINANCIAMIENTO La cantidad en dólares que el crédito le costará. | Cantidad Financiada La cantidad de crédito suministrada a usted o a su nombre. | Monto de Pagos El monto que habrás pagado después de hacer todos los pagos según el plan. | Precio Total de Venta El costo total de la compra bajo crédito, incluso su pago inicial $ 0.00 |
|---|---|---|---|---|
| 16.50 % | $ 23108.49 (e) | $ 39725.91 | $ 62834.40 (e) | $ 62834.40 (e) |

(e) significa un cálculo

### LA ESTRUCTURA DE SUS PAGOS SERÁ:

| Número de Pagos | Cantidad de Pagos | Vencimiento de Pagos |
|---|---|---|
| Un Pago de | N/A | N/A |
| Un Pago de | N/A | N/A |
| 71 Pagos | 872.70 | Mensuales a partir 06/25/07 |
| Pagos | 872.70 | |
| Un Pago Final | 872.70 | 05/25/2013 |

Cargo por Atraso. Si el pago completo no se recibe dentro de 10 días después de su vencimiento, usted pagará un recargo por tardanza del 5% de la porción del pago atrasado.

Pago Adelantado. Si usted liquida toda su deuda prematuramente, posiblemente recibirá un recargo mínimo de financiamiento.

Interés de Garantía. Usted está dando un interés de garantía mediante el vehículo que se compra.

Información Adicional: Diríjase a este contrato para más información acerca del no pagar, la mora, cualquier pago que se exige por completo antes de la fecha estructurada, recargos mínimos de financiamiento, y el interés de garantía.

### DETALLE DEL MONTO FINANCIADO (El vendedor podría retener una parte de la suma pagada a otros.)

1. Precio Total en Efectivo
   A. Precio en Efectivo del Vehículo Motorizado y Complementos ......... $ 33757.00 (A)
   1. Precio en Efectivo del Vehículo .................. $ 33757.00
   2. Precio en Efectivo de Complementos .................. $ N/A
   3. Otro (no gravable)
      Describir .................. $ N/A
      Describir .................. $ N/A
   B. Cargo por Preparación de Documentos (no es un cargo gubernamental) ......... $ 55.00 (B)
   C. Cargo por Certificación de control de contaminación ambiental pagado al Vendedor ......... $ N/A (C)
   D. (Opcional) Dispositivo antirrobo (a quién le paga) ......... $ 299.00 (D)
   E. (Opcional) Dispositivo antirrobo (a quién le paga) ......... $ N/A (E)
   F. (Opcional) Producto para la protección de la superficie (a quién le paga) ......... $ N/A (F)
   G. (Opcional) Producto para la protección de la superficie (a quién le paga) ......... $ N/A (G)
   H. Impuesto sobre las ventas (para artículos gravables desde le A a la G) ......... $ 2814.16 (H)
   I. Cuota opcional del registro electrónico en el Departamento de Tránsito (DMV) ......... $ N/A (I)
   J. (Opcional) Contrato de servicio (a quién le paga) ......... $ N/A (J)
   K. (Opcional) Contrato de servicio (a quién le paga) ......... $ N/A (K)
   L. (Opcional) Contrato de servicios (a quién le paga) ......... $ N/A (L)
   M. Crédito anterior o saldo de arrendamiento pagado por el vendedor a ......... $ 1815.00 (M)
      (véase cálculo del pago inicial y del valor del vehículo a cambio)
   N. (Opcional) Contrato de seguro complementario (a quién le paga) ......... $ 695.00 (N)
   O. (Opcional) Convenio de opción o cancelación de contrato de vehículo usado ......... $ N/A (O)
   P. Otro (a quién le paga)
      Por .................. $ N/A (P)
      Precio total en efectivo (A hasta P) ......... $ 39435.16
2. Montos Pagados a Funcionarios Públicos
   A. Cobro de Licencia ......... $ 282.00 (A)
   B. Cobro de Matrícula/Traslado/Título ......... $ N/A (B)
   C. Cuotas por desecho de neumáticos de California ......... $ 8.75 (C)
   D. Otro .................. $ N/A (D)
      Monto de Cobros Oficiales (A hasta D) ......... $ 290.75
3. Cantidad Pagada a Empresas de Seguro
   (Monto de primas del Estado de Seguro columna a+b) ......... $ N/A (3)
   4. ☐ Certificación de emisión de gases o ☐ Arancel de exención pagado al Estado ......... $ N/A (4)
   5. Monto parcial (1 hasta 4) ......... $ 39725.91 (5)

### DECLARACIÓN DE SEGURO

AVISO: Ninguna persona estará obligada a adquirir o negociar algún tipo de seguro emitido por una compañía aseguradora, agente o corredor en particular como una condición de financiamiento de la compra de un vehículo motorizado. No es necesario que adquiera algún otro seguro para obtener un crédito. Su decisión de adquirir o no adquirir otro seguro no influirá en el proceso de aprobación del crédito.

**Seguro de Vehículo**

| | Plazo | | Prima |
|---|---|---|---|
| N/A Ded. Integ., Incendio y Robo | N/A Mes. | $ | N/A |
| N/A Ded. Choque | N/A Mes. | $ | N/A |
| Lesiones Físicas | N/A Límites | $ | N/A |
| Daño a Propiedad | N/A Límites | $ | N/A |
| N/A | N/A Mes. | $ | N/A |

Monto de Primas de Seguro de Vehículo ......... $ N/A

A MENOS QUE ESTE ACUERDO INCLUYA UN CARGO PARA SEGURO DE RESPONSABILIDAD PÚBLICA O DAÑOS MATERIALES, ESTE ACUERDO NO CONTIENE EL PAGO POR DICHA COBERTURA.

El comprador puede adquirir un seguro para accidentes según el presente contrato (en el reverso) de cualquier compañía que sea de conformidad con la vendedora. El comprador no estará obligado a adquirir algún otro seguro para obtener el crédito.

Comprador X

Co-Comprador **CAPITOL EXPRESSWAY FORD**

Vendedor X

Si se marca algún seguro abajo, las pólizas o certificados de las nombradas empresas de seguro delinearán los plazos y condiciones.

Solicitud por Seguro Opcional que Garantiza el Pago de Deuda
☐ Vida: ☐ Comprador ☐ Co-Comprador ☐ Ambos
☐ Incapacidad (Solamente Comprador)

| | Plazo | | Prima |
|---|---|---|---|
| Vida | N/A Mes. | $ | N/A |
| Incapacidad | N/A Mes. | $ | N/A |

Monto de Primas de Seguro de Crédito N/A $ N/A (b)

Nombre de Empresa de Seguro

Dirección de Oficial Central

Los seguros de vida e invalidez no constituyen una exigencia para el otorgamiento del crédito. Su decisión de adquirir o no un seguro de vida o el seguro de invalidez no influirá en el proceso de aprobación del crédito. No se considera, salvo que usted acuerda mediante firma pagar el costo adicional involucrado. El seguro de vida queda sujeto a su vencimiento de pago original. En caso de mora, el seguro puede determinarse a partir al total del monto adeudado por el comprador según el presente contrato. El seguro de invalidez no cubre aumentos en los pagos ni en la cantidad de cuotas, la cobertura del seguro de vida y el de invalidez finalizan en la fecha de vencimiento original del último pago, a menos que el presente contrato estipulara un plazo diferente.

Usted solicita el seguro para garantizar el pago de deuda marcado arriba. Su firma al pie significa que usted acuerda que: (1) Usted no será elegible para seguro si ha cumplido sus 65 años. (2) Usted si es elegible para seguro de vida hasta solamente si trabaja por sueldo o ganancia 30 horas por semana o más durante la Fecha en Vigor. (3) Sobre el Comprador Principal es elegible para el Seguro de Incapacidad. PUEDE SER QUE EL SEGURO POR INCAPACIDAD NO CUBRA AFECCIONES POR LAS CUALES USTED HAYA CONSULTADO A UN MÉDICO O QUIROPRÁCTICO DURANTE LOS ÚLTIMOS 6 MESES (para detalles diríjase a la sección en su póliza o certificado "Incapacidades Totales no Cubiertas").

Usted solicita suscribir un seguro de crédito.

Fecha 05/25/07  Firma de Comprador _____  Edad _____

Fecha _____  Firma de Co-Comprador _____  Edad _____

NIV **1FTYR10U35PB05907**

11565.00

C. Entrega Neta (A menos B) (indique si es numero negativo) $ _____ N/A (C)

D. Dispositivo antirrobo $ _____ **3500.00** (D)

E. Reembolso de Fabricante $ _____ N/A (E)

F. Otro $ _____ N/A (F)

G. Efectivo $ _____ N/A (G)

Pago Inicial Total (C hasta G) $ _____ 0.00 (6)

(Si es negativo, apunte cero sobre linea 6 y apunte la cantidad menos cero como numero positivo sobre linea 1M de arriba).

7. Cantidad Financiada (5 menos 6) $ _____ 39725.91 (7)

no le es provisto a menos que usted firme más abajo y esté de acuerdo en pagar un cargo extra. Si decide firmar un contrato de saldo, el cargo en que se acuerde es de _____. Sírvase consultar el contrato de saldo para obtener detalles respecto a la protección que le ofrece. Forma parte de este contrato.

Plazo _____ Mes _____

Nombre del Contrato de Saldo

Usted quiere firmar un contrato de saldo.

Comprador X _____

---

**PRESTAMO CON AYUDA DEL VENDEDOR**
SE PUEDE EXIGIR QUE EL COMPRADOR EMPIECE UNA GARANTÍA PARA EL PRÉSTAMO Y ESTARÁN OBLIGADO A PAGAR EL MONTO ESTE CONTRATO DE VENTA A PLAZO MINORISTA COMO EL PRÉSTAMO.

N/A

Recaudador de _____ $ _____ N/A

Cantidad $ _____ N/A Recargo por Financiamiento 6 $ _____ N/A

Monto $ _____ N/A pagadero en _____ N/A

Plazos de _____

de este Préstamo se demuestra en artículo 6D.

**MANIFESTACION DEL COBRO DE AGENTE**
Si este contrato refleja la venta al por menor de un vehículo nuevo, la venta no está sujeta a un cobro que un agente de autos recibe de nosotros a menos qué se marca la siguiente casilla:

☐ Nombre del agente de autos que recibe el cobro, si corresponde:

**CONTRATO(S) DE SERVICIO OPTATIVO** Quiere comprar el(los) contrato(s) de servicio(s) acordado(s) con la(s) siguiente(s) compañía(s) bajo los términos que a continuación se detallan y con los cargos listados en las lineas 1J, 1K y/o 1L que aparecen más arriba.
N/A

1J Compañía _____ N/A
Plazo _____ N/A Meses _____ Millas

1K Compañía _____ N/A
Plazo _____ N/A Meses _____ Millas

1L Compañía _____ N/A
Plazo _____ Meses _____ Millas
Comprador X _____

**CÓMO SE PUEDE CAMBIAR ESTE CONTRATO.**
Este contrato contiene el acuerdo completo entre usted y nosotros en relación con este contrato. Cualquier cambio al contrato se debe hacer por escrito y tanto usted como nosotros debemos firmarlo. Los cambios orales no son vinculantes.

Firma del comprador X _____

Firma del codeudor X _____

---

AVISO DE LOS DERECHOS DE ANULACIÓN Si el Comprador y Co-comprador firman aquí, se aplicarán las estipulaciones en la sección de los Derechos de Anulación al dorso que da el derecho al Vendedor de anular si el Vendedor no puede ceder este contrato con una institución financiera.

X _____
Comprador

X _____
Co-Comprador

---

OPCIÓN: ☐ Usted no paga recargo de financiamiento si la Cantidad Financiada, artículo 7, se paga por completo sobre o antes del _____, Año _____ INICIALES DE VENDEDOR

---

TODA PERSONA QUE COMPRE UN VEHÍCULO DEBE CUMPLIR LOS LÍMITES MÍNIMOS DE SEGURO DE RESPONSABILIDAD PÚBLICA ESTIPULADAS EN LA LEY. SI NO ESTÁ SEGURO DE QUE SU PÓLIZA DE SEGURO ACTUAL CUBRIRÁ A SU VEHÍCULO RECIÉN COMPRADO EN CASO DE ACCIDENTE, USTED SE DEBE COMUNICAR CON SU AGENTE DE SEGUROS.

ADVERTENCIA:
SU PÓLIZA ACTUAL POSIBLEMENTE NO CUBRE DAÑOS POR ACCIDENTE O NO OTORGA EL COSTO DE REEMPLAZO TOTAL DEL VEHÍCULO QUE SE COMPRA. SI USTED NO TIENE COBERTURA TOTAL, PUEDE OBTENER COBERTURA SUPLEMENTARIA PARA DAÑOS POR ACCIDENTE MEDIANTE SU AGENTE DE SEGUROS O EL CONCESIONARIO. SIN EMBARGO, A MENOS QUE SE INDIQUE A LO CONTRARIO, LA COBERTURA QUE USTED CONSIGUE MEDIANTE EL CONCESIONARIO PROTEGE SOLO AL CONCESIONARIO, GENERALMENTE HASTA EL SALDO RESTANTE POR PAGAR DESPUÉS DE LA RECUPERACIÓN Y VENTA DEL VEHÍCULO.
PARA OBTENER CONSEJO SOBRE COBERTURA TOTAL QUE LE BRINDE PROTECCIÓN EN CASO DE LA PÉRDIDA O DAÑO A SU VEHÍCULO, SE DEBE PONER EN CONTACTO CON SU AGENTE DE SEGUROS. EL COMPRADOR FIRMARÁ PARA RECONOCER QUE ÉL/ELLA ENTIENDE ESTAS CONDICIONES Y TÉRMINOS DE RESPONSABILIDAD PÚBLICA.

S/S X _____

**Representaciones del Comprador:** El vendedor ha confiado en la verdad y precisión de la información entregada por usted con respecto al vehículo entregado como pago parcial. Usted representa que ha otorgado una cantidad exacta que cancela la deuda en el vehículo entregado como pago. Si la cantidad que cancela la deuda supera la cantidad arriba en el artículo 6B como "Crédito anterior o Saldo de arrendamiento", usted deberá pagar al vendedor el excedente a solicitud. Si la cantidad que cancela la deuda es inferior a la indicada arriba en el artículo 6B como "Crédito anterior o saldo de arrendamiento", el vendedor le reembolsará la diferencia.

Comprador X _____ Co-Comprador X _____

**Aviso al Comprador:** (1) No firme este contrato antes de leerlo o si contiene espacios vacíos. (2) Usted tiene derecho a una copia de este acuerdo llena por completo. (3) Usted puede pagar con anticipación la completa cantidad por pagar bajo acuerdo a cualquier momento. (4) Si usted no cumple con el desempeño de sus obligaciones bajo este acuerdo, el vehículo podrá ser recuperado y usted podrá estar sujeto a una demanda a la responsabilidad por la deuda por pago demostrado por este acuerdo.

Si usted tiene una queja con respecto a esta venta, usted lo debe resolver con el vendedor.
Las quejas relativas a prácticas o métodos injustos o engañosos de parte del vendedor se pueden remitir al fiscal municipal, fiscal del distrito, o a un investigador del Department of Motor Vehicles, o cualquier combinación de ellos.
Después de firmar este contrato, el vendedor no puede cambiar el financiamiento o los plazos de pago a menos que por escrito usted haya acordado a tal cambio. Usted no está obligado a estar de acuerdo a un cambio, y es una práctica injusta o engañosa que el vendedor haga un cambio unilateral.

Firma del Comprador X _____ Firma del Co-Comprador X _____

*La Tasa porcentual anual es susceptible de ser negociada con el vendedor. El vendedor puede ceder el presente contrato y retener su derecho a recibir una parte del Costo de financiación.*

NO HAY PERÍODO PARA RETRACTARSE, A MENOS QUE SE OBTENGA UNA OPCIÓN DE CANCELACIÓN DE CONTRATO.

Las leyes de California no estipulan un período de "tregua" o un período de cancelación para la venta de vehículos. Por consiguiente, usted no puede cancelar este contrato más tarde simplemente porque cambió de parecer, decide que el vehículo es muy costoso, o porque desea haber conseguido un vehículo diferente. Después de firmar abajo, usted puede cancelar este contrato solamente con el acuerdo del vendedor o por razones legales, tal como el fraude. Sin embargo, las leyes del estado de California exigen que el vendedor ofrezca una opción de contrato de dos días de duración cuando la venta de vehículos usados de un valor inferior a US$40,000, lo cual está sujeto a ciertas condiciones estatutarias. Este requisito para la opción de cancelación del contrato no se aplica a la venta de un vehículo recreativo, una motocicleta o un vehículo motorizado de uso fuera de la carretera que esté sujeto a identificación bajo la ley de California. Consulte el convenio de opción de cancelación de contrato para conocer los detalles.

USTED ESTÁ DE ACUERDO CON LOS TÉRMINOS DEL PRESENTE CONTRATO. USTED CONFIRMA QUE, PREVIO A SUSCRIBIR EL PRESENTE CONTRATO, EL VENDEDOR LE HIZO ENTREGA DEL MISMO Y QUE USTED TUVO LA OCASIÓN DE LEERLO EN LIBERTAD. USTED CONFIRMA HABER RECIBIDO UNA COPIA COMPLETA AL MOMENTO DE FIRMARLO.

05/26/07

Firma del Comprador X _____ Fecha _____ Firma del Co-Comprador X _____ Fecha _____

**Codeudores y otros cotitulares.** Un codeudor es aquella persona responsable del pago total de la deuda. El cotitular es aquel cuyo nombre figura en el título del vehículo pero no es responsable del pago de la deuda. El cotitular está de acuerdo con el derecho real de garantía que se otorga al vendedor en el presente contrato.

Firma del Otro Propietario X _____ Dirección _____

**GARANTÍA:** Para incardinarnos a vender el vehículo al Comprador, cada uno de las personas que firma como Garante garantiza en forma individual el pago de este contrato. Si el Comprador no pagara un monto debido según este contrato, cada uno de los Garantes deberá pagarlo cuando se lo pidan. Cada uno de los Garantes será responsable por el pago total adeudado, aún cuando haya otras personas que hubieran firmado como Garante, y aún cuando el Comprador pueda gozar una defensa completa a la demanda de remisión de los Garantes. Cada uno de los Garantes se compromete a responder por la deuda aún en el caso que se realicemos una o más de las siguientes acciones: (1) conceder al Comprador más tiempo para efectuar uno o más pagos, (2) llevar de responsabilidad según el total a otro Garante, (3) liberar otra garantía, (4) aceptar que el Comprador pague un monto menor que el monto total adeudado, o (5) de otro modo, llegar a un acuerdo relacionado a este contrato o extender el plazo del contrato. Cada uno de los Garantes renuncia haber recibido una copia completa de este contrato y la garantía en el momento de firmar. El Garante renuncia a la notificación de la aceptación de esta Garantía, a la notificación de pago, del incumplimiento o del atraso del Comprador, y a las modificaciones del monto adeudado en cualquier momento, o de los requerimientos que le efectúen el Comprador.

05/26/07

Garante X _____ Fecha _____ Garante X _____ Fecha _____

Dirección X _____ Dirección _____

**CAPITOL EXPRESSWAY FORD** 05/26/07 NGR_____

Firma del vendedor _____ Fecha _____ Por X _____ Título _____

LAW FORM NO. 555-CA-WEB-SPAN ...

| Dealer Number 18990 | Contract Number | R.O.S. Number | Stock Number P5546 |
|---|---|---|---|

QUICHO'S PRODUCE INC

1670 LAS PLUMAS AVE #B
SAN JOSE CA SANTA CLARA 95133

MISSION VALLEY FORD

780 E BROKAW ROAD
SAN JOSE, CA                          95112

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2004 | FORD E450 | 80730 | 1FDXE45P84HA85573 | personal, family or household business or commercial agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 7250.00 is |
|---|---|---|---|---|
| 12.69 % | $ 5537.84 | $ 19311.76 | $ 24849.60 | $ 29599.60 |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due: |
|---|---|---|
| One Payment | | N/A |
| One Payment | | N/A |
| 47 Payments | 517.70 | Monthly, Beginning 04/10/2008 |
| Payments | | Monthly, Beginning |
| One Final Payment | 517.70 | 03/10/2012 |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you may be charged a minimum finance charge.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | | | | | | |
|---|---|---|---|---|---|---|
| $ | N/A | Ded. Comp. Fire & Theft | N/A | Mos. | $ | N/A |
| $ | N/A | Ded. Collision | N/A | Mos. | $ | N/A |
| Bodily Injury | | Limits | N/A | | $ | N/A |
| Property Damage | N/A | Limits | N/A | | $ | N/A |
| Medical | N/A | | N/A | Mos. | $ | N/A |
| Total Vehicle Insurance Premiums | | | | | $ | N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X
Co-Buyer X
Seller X MISSION VALLEY FORD

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☑ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A | | N/A |
| Credit Disability | N/A | | N/A |
| Total Credit Insurance Premiums | | | N/A |

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday, (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date, (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS. (Refer to "Total Disabilities Not Covered" in your policy for details.)
You want to buy the credit insurance.

Date          Buyer's Signature          Age

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

| | | | |
|---|---|---|---|
| 1. Total Cash Price | | | $ 19487.50 |
| A. Cash Price of Motor Vehicle and Accessories | | $ 19487.50 | |
| 1. Cash Price Vehicle | $ 19487.50 | | |
| 2. Cash Price Accessories | $ N/A | | |
| 3. Other (Nontaxable) | | | |
| Describe | $ | | |
| Describe | $ | | |
| B. Document Preparation Fee (not a governmental fee) | | $ 55.00 (B) | |
| C. Smog Fee Paid to Seller | | $ N/A (C) | |
| D. (Optional) Theft Deterrent Device (to whom paid) N/A | | $ N/A (D) | |
| E. (Optional) Theft Deterrent Device (to whom paid) N/A | | $ N/A (E) | |
| F. (Optional) Surface Protection Product (to whom paid) N/A | | $ N/A (F) | |
| G. (Optional) Surface Protection Product (to whom paid) N/A | | $ N/A (G) | |
| H. Sales Tax (on taxable items in A through G) | | $ 1612.26 (H) | |
| I. Optional DMV Electronic Filing Fee | | $ N/A (I) | |
| J. (Optional) Service Contract (to whom paid) GUARDIAN | | $ 2495.00 (J) | |
| K. (Optional) Service Contract (to whom paid) N/A | | $ N/A (K) | |
| L. (Optional) Service Contract (to whom paid) N/A | | $ N/A (L) | |
| M. Prior Credit or Lease Balance paid by Seller to | | $ N/A (M) | |
| (see downpayment and trade-in calculation) | | | |
| N. (Optional) Gap Contract (to whom paid) N/A | | $ N/A (N) | |
| O. (Optional) Used Vehicle Contract Cancellation Option Agreement $ | | $ N/A (O) | |
| P. Other (to whom paid) N/A | | $ N/A (P) | |
| For | | | |
| Total Cash Price (A through P) | | | $ (1) |
| 2. Amounts Paid to Public Officials | | | |
| A. License Fees | | $ 92.00 (A) | |
| B. Registration/Transfer/Titling Fees | | $ N/A (B) | |
| C. California Tire Fees | | $ (C) | |
| D. Other | | $ N/A (D) | |
| Total Official Fees (A through D) | | | $ (2) |
| 3. Amount Paid to Insurance Companies | | | |
| (Total premium from Statement of Insurance column a + b) | | $ N/A (3) | |
| 4. ☐ Smog Certification or ☐ Exemption Fee Paid to State | | $ (4) | |
| 5. Subtotal (1 through 4) | | | $ |

6. **Total Downpayment**

A. Agreed Trade-In Value   Yr. N/A   Make N/A   $ _____ N/A (A)
   Model N/A   Odom. N/A
   VIN N/A
B. Less Prior Credit or Lease Balance   $ _____ N/A (B)
C. Net Trade-In (A less B) (indicate if a negative number)   $ _____ N/A (C)
D. Deferred Downpayment   $ _____ N/A (D)
E. Manufacturer's Rebate   $ _____ N/A (E)
F. Other   $ _____ N/A (F)
G. Cash   $ _____ 4750.00 (G)

Total Downpayment (C through G)   $ 4750.00 (6)
(if negative, enter zero on line 6 and enter the amount less than zero on line 1M above)

7. **Amount Financed** (5 less 6)   $ 19911.76 (7)

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: _____ N/A
Amount $ _____ N/A   Finance Charge $ _____ N/A
Total $ _____ N/A   Payable in _____ N/A
Installments of $ _____ N/A
from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 1N. See your gap contract for details on the protection it provides. It is a part of this contract.
Term _____ N/A   Mos. _____ N/A   purchase Gap Contract
You want to buy a gap contract.
Buyer X _____

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in Item 1.1K and/or 1L above.
13 Company GUARDIAN
Term 36 Mos. or 45000 Miles
1K Company N/A
Term N/A   Mos. or N/A   Miles
1L Company N/A
Term N/A   Mos. or N/A   Miles
Buyer X _____

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X _____
Co-Buyer Signs X _____

SELLER'S RIGHT TO CANCEL If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
Buyer X _____   Co-Buyer X _____

OPTION: ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____ , _____ Year. _____ SELLER'S INITIALS _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
BX _____   Co-Buyer X _____

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-in Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in Item 6B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in Item 6B as "Prior Credit or Lease Balance," Seller will refund the difference to you.
Buyer X _____ N/A   Co-Buyer X _____ N/A

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
Buyer Signature X _____   Co-Buyer Signature X _____

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION.
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day contract cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

**YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED IN COPY WHEN YOU SIGNED IT.**

Buyer Signature X _____   Date _____   Co-Buyer Signature X _____   Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X _____   Address _____

**GUARANTY.** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense or Guarantor's demand for reimbursement. Each Guarantor agrees to the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.
Guarantor X _____   Date 02/25/08   Guarantor X _____   Date _____
Address _____   Address _____

Seller Signs MISSION VALLEY FORD   Date 02/25/08   BX _____   Title MGR

LAW   FORM NO. 553-CA REV. 8/06
©2006 Reynolds and Reynolds TO ORDER: www.reyrey.com; 1-800-344-0996; fax 1-800-631-6006

CUSTOMER (TRUTH IN LENDING COPY)

| Dealer Number | Contract Number | R.O.S. Number | Stock Number |
|---|---|---|---|

**GUICHO'S PRODUCE INC**
1570 LAS PLUMAS AVE #6
SAN JOSE CA SANTA CLARA   95133

**MISSION VALLEY FORD**
780 E BROKAW ROAD
SAN JOSE, CA   95112

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2004 | FORD E450 | 63466 | 1FDXE45P54HA91010 | personal, family or household / business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $4750.00 |
|---|---|---|---|---|
| 12.69 % | $ 5537.84 (e) | $ 19311.76 | $ 24849.60 (e) | $ 29599.60 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| 47 Payments | 517.70 | Monthly, Beginning 04/10/08 |
| Payments | N/A | Monthly, Beginning |
| One Final Payment | 517.70 | 03/10/2012 |

Late Charge: If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment: If you pay off all your debt early, you may be charged a minimum finance charge.
Security Interest: You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

## ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   a. Cash Price of Motor Vehicle and Accessories ... $ 19487.50
      1. Cash Price Vehicle $ 19487.50
      2. Cash Price Accessories $ N/A
      3. Other (Nontaxable) $
      Describe $
      Describe $ N/A
   b. Document Preparation Fee (not a governmental fee) $ 55.00 (B)
   c. Smog Fee Paid to Seller $ N/A
   d. (Optional) Theft Deterrent Device (to whom paid) N/A $ N/A (D)
   e. (Optional) Theft Deterrent Device (to whom paid) N/A $ N/A (E)
   f. (Optional) Surface Protection Product (to whom paid) N/A $ N/A (F)
   g. (Optional) Surface Protection Product (to whom paid) N/A $ N/A (G)
   h. Sales Tax (on taxable items in A through G) $ 1612.26 (H)
   i. Optional DMV Electronic Filing Fee $ N/A
   j. (Optional) Service Contract (to whom paid) GUARDIAN $ 2445.00 (J)
   k. (Optional) Service Contract (to whom paid) N/A $ N/A (K)
   l. (Optional) Service Contract (to whom paid) N/A $ N/A (L)
   m. Prior Credit or Lease Balance paid by Seller to $ N/A (M)
      (see downpayment and trade-in calculation)
   n. (Optional) Gap Contract (to whom paid) N/A $ N/A (N)
   o. (Optional) Used Vehicle Contract Cancellation Option Agreement $ N/A (O)
   p. Other (to whom paid) N/A $ N/A (P)
      For $
      Total Cash Price (A through P) $ 23599.76 (1)

2. Amounts Paid to Public Officials
   a. License Fees $ 462.00 (A)
   b. Registration/Transfer/Titling Fees $ N/A (B)
   c. California Tire Fees $ N/A (C)
   d. Other $ N/A (D)
   Total Official Fees (A through D) $ 462.00 (2)

3. Amount Paid to Insurance Companies
   (Total premiums from Statement of Insurance column a + b) $ N/A (3)

4. Smog Certification or Exemption Fee Paid to State $ N/A (4)

5. Subtotal (1 through 4) $ 24061.76 (5)

## STATEMENT OF INSURANCE

NOTICE: No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | N/A Mos. | $ N/A |
| Medical $ N/A | N/A Mos. | $ N/A |
| N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X

Co-Buyer X

Seller MISSION VALLEY FORD

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance

Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☑ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A Mos. | N/A | $ N/A |
| Credit Disability | N/A Mos. | N/A | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A |

Insurance Company Name N/A

Home Office Address

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that (1) You are not eligible for insurance if you have reached your 65th birthday, (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date, (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to Total Disabilities Not Covered in your policy for details).

You want to buy the credit insurance.

| Date | Buyer Signature |
|---|---|
| Date | Co-Buyer Signature |

Model N/A    Odom  N/A

B. Less Prior Credit or Lease Balance ........ $ N/A (B)
C. Net Trade-in (A less B) (indicate if a negative number) $ N/A (C)
D. Deferred Downpayment ................. $ N/A (D)
E. Manufacturer's Rebate ................ $ N/A (E)
F. Other .............................. $ N/A (F)
G. Cash .............................. $ 4750.00 (G)

Total Downpayment (C through G) ........ $ 4750.00 (6)
(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1M above.)

7. Amount Financed (5 less 6) ........... $ 19311.76 (7)

**SELLER-ASSISTED LOAN**
BUYER WILL BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THE RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: N/A
Amount $ N/A   Finance Charge $ N/A
Total $ N/A   Payable in N/A
Installments of $ N/A
from this Loan is shown in Item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received from an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable:

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
X _____
Buyer                          Co-Buyer

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before _____ , _____ Year   SELLER'S INITIALS

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, INSURANCE COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
X _____

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-in. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in item 6B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in item 6B as "Prior Credit or Lease Balance," Seller will refund the difference to you.
Buyer X  N/A                         Co-Buyer X  N/A

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
X _____                    Co-Buyer Signature X _____

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION.**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

**YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.**

Buyer Signature X _____ Date _____  Co-Buyer Signature X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X _____   Address _____

**GUARANTY.** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay part or all of what is owing; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this guaranty, notice of Buyer's non-payment, non-performance, and default, and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____  Date 02/25/08   Guarantor X _____  Date _____
Address _____                        Address _____

Seller Signs **MISSION VALLEY FORD**   Date 02/25/08  By _____  Title **MGR.**

LAW  FORM NO. _____

**CUSTOMER / TRUTH IN LENDING COPY**

| Dealer Number 20324 | Contract Number 101436 | R.O.S. Number 22266101 | Stock Number 8X067823 |
|---|---|---|---|

**Buyer Name and Address**
(Including County and Zip Code)
GUICHO'S PRODUCE INC
1670 LAS PLUMAS AVE #B
SAN JOSE CA 95133
SANTA CLARA

**Co-Buyer Name and Address**
(Including County and Zip Code)

**Creditor - Seller (Name and Address)**
PIERCEY TOYOTA
950 THOMPSON ST
MILPITAS CA 95035
SANTA CLARA

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2008 | TOYOTA TUNDRA | 11 | 5TFEV54108X067823 | ☒ personal, family or household ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $6000.00 |
|---|---|---|---|---|
| 8.79 % | $ 10441.67 (e) | $ 35962.33 | $ 46404.00 (e) | $ 52404.00 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of N/A | N/A | N/A |
| 71 Payments | 644.50 | Monthly, Beginning 10/24/2008 |
| Payments | | Monthly, Beginning |
| One Final Payment | 644.50 | DUE ON 09/24/2014 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

**ITEMIZATION OF THE AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   - A. Cash Price of Motor Vehicle and Accessories $ 28976.39 (A)
     - 1. Cash Price Vehicle $ 28976.39
     - 2. Cash Price Accessories $ N/A
     - 3. Other (Nontaxable)
       - Describe N/A $ N/A
       - Describe N/A $ N/A
   - B. Document Preparation Fee (not a governmental fee) $ 55.00 (B)
   - C. Smog Fee Paid to Seller $ N/A (C)
   - D. (Optional) Theft Deterrent Device (to whom paid) PIERCEY TOYO $ 995.00 (D)
   - E. (Optional) Theft Deterrent Device (to whom paid) PIERCEY TOYO $ 1295.00 (E)
   - F. (Optional) Theft Deterrent Device (to whom paid) PIERCEY TOYO $ 995.00 (F)
   - G. (Optional) Surface Protection Product (to whom paid) PIERCEY TOY $ 1295.00 (G)
   - H. (Optional) Surface Protection Product (to whom paid) N/A $ N/A (H)
   - I. Sales Tax (on taxable items in A through H) $ 2701.13 (I)
   - J. Optional DMV Electronic Filing Fee $ N/A (J)
   - K. (Optional) Service Contract (to whom paid) GE $ 2685.00 (K)
   - L. (Optional) Service Contract (to whom paid) N/A $ N/A (L)
   - M. (Optional) Service Contract (to whom paid) THIS $ 1595.00 (M)
   - N. (Optional) Service Contract (to whom paid) N/A $ N/A (N)
   - O. (Optional) Service Contract (to whom paid) N/A $ N/A (O)
   - P. Prior Credit or Lease Balance paid by Seller to N/A $ N/A (P)
     - (see downpayment and trade-in calculation)
   - Q. (Optional) Gap Contract (to whom paid) GAP $ (Q)
   - R. (Optional) Used Vehicle Contract Cancellation Option Agreement $ N/A (R)
   - S. Other (to whom paid) N/A $ N/A (S)
     - For N/A
   - Total Cash Price (A through S) $ 41060.65 (1)

2. Amounts Paid to Public Officials
   - A. License Fees $ 213.00 (A)
   - B. Registration/Transfer/Titling Fees $ 233.00 (B)
   - C. California Tire Fees $ 8.75 (C)
   - D. Other N/A $ N/A (D)
   - Total Official Fees (A through D) $ 458.75 (2)

3. Amount Paid to Insurance Companies
   - (Total premiums from Statement of Insurance column a + b) $ N/A (3)

4. ☐ Smog Certification or ☐ Exemption Fee Paid to State $ N/A (4)

## STATEMENT OF INSURANCE
NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | | Term | Premium |
|---|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | | N/A Mos. | $ N/A |
| Medical $ N/A | | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X
Co-Buyer X
Seller X

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Application for Optional Credit Insurance**
☐ Credit Life ☐ Buyer ☐ Co-Buyer
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A Mos. | | $ N/A |
| Credit Disability | N/A Mos. | | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A |

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

You want to buy the credit insurance.

| Date | Buyer Signature | Age |
|---|---|---|
| | X | |
| Date | Co-Buyer Signature | Age |
| | X | |

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown

A. Agreed Trade-in Value   Yr. N/A   Make N/A   $ N/A (A)
   Model N/A   Odom. N/A
B. Less Prior Credit or Lease Balance   $ N/A (B)
C. Net Trade-in (A less B) (indicate if a negative number)   $ N/A (C)
D. Deferred Downpayment   $ N/A (D)
E. Manufacturer's Rebate   $ 4500.00 (E)
F. Other   $ (F)
G. Cash   $ 1500.00 (G)
   Total Downpayment (C through G)   $ 6000.00 (6)
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1P above)
7. Amount Financed (5 less 6)   $ 35962.33 (7)

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: N/A
Amount $ N/A   Finance Charge $ N/A
Total $ N/A   Payable in N/A
Installments of $ N/A
from this Loan is shown in Item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:
N/A

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the [illegible] to enable us to assign this contract to a financial institution will apply.
X [signature]   x N/A
Buyer   Co-Buyer

---

Term 72 Mos. GAP [illegible]   Name of Gap Contract
I want to buy [illegible]
Buyer Signs X [signature]

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in Item 1K,1L, 1M, 1N, and/or 1O.

1K Company   Term 72 Mos. or 100000 Miles
1L Company   Term N/A Mos. or N/A Miles
1M Company   Term 48 Mos. or 65000 Miles
1N Company   Term N/A Mos. or N/A Miles
1O Company   Term N/A Mos. or N/A Miles
Buyer X [signature]

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No [illegible]
Buyer Signs X [signature]
Co-Buyer Signs X

---

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before N/A , Year _____ . SELLER'S INITIALS _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
   WARNING:
   YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
   FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
   THE BUYER SIGNING BELOW ACKNOWLEDGES THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
S/S X [signature]   x N/A

Representations of Buyer: Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-in Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in Item 6B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in Item 6B as "Prior Credit or Lease Balance," Seller will refund the difference to you.
Buyer X [signature]   Co-Buyer X N/A

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
Buyer Signature X [signature]   Co-Buyer Signature X N/A

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION.** California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X [signature]   Date 09/24/08   Co-Buyer Signature X N/A   Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X _____   Address _____

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____   Date _____   Guarantor X _____   Date _____
Address _____   Address _____

Seller Signs   PIERCEY TOYOTA   Date 09/24/08   By X _____   Title HGR

LAW FORM NO. 553-CA-ARB [illegible]

CUSTOMER / TRUTH IN LENDING COPY

Dealer Number __04225__  Contract Number _____  R.O.S. Number _____  Stock Number __CT19636__

**Buyer (and Co-Buyer) Name and Address (Including County and Zip Code)**

MAILING ADDRESS

ROBERTO P GUICHO
6378 FELDER DR
SAN JOSE SANTA CLARA CA 95123

16 ?? LAS PUMAS
# B
S JOSE, CA 95133 G

**Creditor - Seller (Name and Address)**

STEVENS CREEK TOYOTA
4202 STEVENS CREEK BLVD
SAN JOSE CA 95129

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2005 | TOYOTA TRUCK TUNDRA | 21211 | 5TBRT341458456874 | ☑ personal, family or household. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 14.39 % | $ 14132.04 (e) | $ 28337.88 | $ 42469.92 (e) | $ 42469.92 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 71 Payments | 589.86 | Monthly, Beginning 03/17/2008 |
| Payments | N/A | Monthly, Beginning |
| One Final Payment | 589.86 | DUE ON 02/17/2014 |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you may be charged a minimum finance charge.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories .......... 17495.00 (A)
      1. Cash Price Vehicle $ 17495.00
      2. Cash Price Accessories $ N/A
      3. Other (Nontaxable)
         Describe N/A $ N/A
         Describe N/A $ N/A
   B. Document Preparation Fee (not a governmental fee) $ 55.00 (B)
   C. Smog Fee Paid to Seller $ N/A (C)
   D. (Optional) Theft Deterrent Device (to whom paid) N/A $ N/A (D)
   E. (Optional) Theft Deterrent Device (to whom paid) N/A $ N/A (E)
   F. (Optional) Surface Protection Product (to whom paid) N/A $ N/A (F)
   G. (Optional) Surface Protection Product (to whom paid) N/A $ N/A (G)
   H. Sales Tax (on taxable items in A through G) $ 1447.00 (H)
   I. Optional DMV Electronic Filing Fee $ N/A (I)
   J. (Optional) Service Contract (to whom paid) TOYOTA EXT $ 2495.00 (J)
   K. (Optional) Service Contract (to whom paid) N/A $ N/A (K)
   L. (Optional) Service Contract (to whom paid) N/A $ N/A (L)
   M. Prior Credit or Lease Balance paid by Seller to $ 5922.00 (M)
      (See down payment and trade-in calculation)
   N. (Optional) Gap Contract (to whom paid) $ 695.00 (N)
   O. (Optional) Used Vehicle Contract Cancellation Option Agreement $ N/A (O)
   P. Other (to whom paid) N/A $ N/A (P)
      For N/A
   Total Cash Price (A through P) ..................... $ 28337.00 (1)
2. Amounts Paid to Public Officials ESTIMATED
   A. License Fees $ 114.00 (A)
   B. Registration/Transfer/Titling Fees $ 78.00 (B)
   C. California Tire Fees $ N/A (C)
   D. Other $ N/A (D)
   Total Official Fees (A through D) ................. $ 192.00 (2)
3. Amount Paid to Insurance Companies
   (Total premiums from Statement of Insurance column a + b) ...... $ N/A (3)
4. ☐ Smog Certification or ☐ Exemption Fee Paid to State $ N/A (4)
5. Subtotal (1 through 4) ............................ $ 28337.00 (5)

## STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

| | | Term | Premium |
|---|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | | Mos. | $ N/A |
| $ N/A Ded. Collision | | Mos. | $ N/A |
| Bodily Injury $ N/A Limits | | Mos. | $ N/A |
| Property Damage $ N/A Limits | | Mos. | $ N/A |
| Medical $ N/A | | Mos. | $ N/A |
| $ N/A | | Mos. | $ N/A |

Total Vehicle Insurance Premiums $ N/A

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____
Seller X _____

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Exp. | Premium |
|---|---|---|
| Credit Life N/A | N/A | N/A |
| Credit Life N/A Mos. | N/A | |
| Credit Disability N/A Mos. | N/A | |

Total Credit Insurance Premiums $ N/A (b)

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signatures below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday, (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date, (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).
You want to buy the credit insurance.

| Date | Buyer Signature | Age |
|---|---|---|
| | X N/A | |

A. Agreed Trade-in Value Yr ____ Make ____
Model **COROLLA** Odom **32690**

B. Less Prior Credit or Lease Balance ............ $ ____
C. Net Trade-in (A less B) (indicate if a negative number) $ **-6922.00**
D. Deferred Downpayment ............ $ N/A
E. Manufacturer's Rebate ............ $ N/A
F. Other ____ $ **1000.00**
G. Cash ............ $ **0.00**
  Total Downpayment (C through G) ............ $ **0.00**
  (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1M above)
7. Amount Financed (5 less 6) ............ $ **28337.88**

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.
Proceeds of Loan From: N/A
Amount $ N/A Finance Charge $ N/A
Total $ N/A Payable in N/A
Installments of $ ____ $ ____
from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable:
N/A

SELLER'S RIGHT TO CANCEL. If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
X ____ Buyer   X ____ Co-Buyer

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before ____ , Year ____ . SELLER'S INITIALS ____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
S/S X ____   X N/A

Representations of Buyer: Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-in Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in item 6B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in item 6B as "Prior Credit or Lease Balance," Seller will refund the difference to you.
Buyer X ____   Co-Buyer X N/A

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
Buyer Signature X ____   Co-Buyer Signature X N/A

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a 2-day contract cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X ____ Date **02/16/08**   Co-Buyer Signature X N/A ____ Date ____
Co-Buyer and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X ____   Address ____

GUARANTY: To induce us to sell this vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer had a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.
Guarantor X N/A ____ Date N/A ____   Guarantor X N/A ____ Date N/A ____
Address N/A ____   Address N/A ____

Seller Signs **STEVENS CREEK TOYOTA** ____ Date **02/16/08** By X ____ Title ____

LAW FORM NO. 553-CA-ARB (REV. 1/07) U.S. PATENT NO. D461,782

CUSTOMER / TRUTH IN LENDING COPY

(TO BE USED WITH MOTOR VEHICLES SALES CONTRACT AND SECURITY AGREEMENT)     Date

Seller

The undersigned buyer(s) (jointly and severally referred to herein as "Buyer") and Seller entered into a motor vehicle sales contract and security agreement

("Contract") dated as of        day of        , 20

The vehicle therein purchased ("Vehicle") is described as follows:

| Year | Make | Model | Body | Vehicle Identification No. |
|------|------|-------|------|----------------------------|
|      |      |       |      |                            |

Buyer promises to deliver to Seller or Seller's assignee within       days from the date of this Agreement a duly executed policy of insurance covering the Vehicle and which complies in all respects with the insurance requirements of the Contract.

Ins. Co.       Agent

ADDRESS

Policy No.

☐ Fire & Theft - ☐ Additional Coverage - ☐ $   Deductible Comprehensive - ☐ $   Deductible Collision

If Buyer fails to deliver an acceptable policy of insurance within the time specified above, Seller or its assignee shall be free (but not required) to procure insurance as agreed under the Contract, or to exercise any other remedy of Seller under the Contract and applicable law. If Seller or its assignee procure insurance, Buyer agrees to pay any and all costs so incurred, such as earned insurance premiums, in accordance with the Contract and applicable law, including California Civil Code section 2982.8. Buyer further agrees, effective immediately, to be solely responsible for all damages to the Vehicle and other property purchased under the Contract, and to protect, indemnify, defend, and hold harmless Seller, and its assignees, against any cost, expense, claim, or liability related to or arising out of such damage or the use, maintenance, or operation of the Vehicle or other property.

Loss Payee

NOTICE TO BUYER: This Agreement does not authorize the ordering of Public Liability or Property Damage Insurance.

Any insurance ordered by the financial institution will cover loss of or damage to the above described vehicle only and will not include Public Liability or Property Damage Insurance.

"WARNING: IT IS YOUR RESPONSIBILITY UNDER CALIFORNIA LAW TO OBTAIN LIABILITY INSURANCE OR BE SUBJECT TO PENALTIES FOR VIOLATING SECTION 16020 OF THE VEHICLE CODE, WHICH MAY INCLUDE LOSS OF LICENSE OR FINE. THE INSURANCE ACQUIRED BY THE LIENHOLDER DOES NOT PROVIDE LIABILITY COVERAGE AND DOES NOT SATISFY YOUR RESPONSIBILITY UNDER CALIFORNIA LAW."

1670 LAS PLUMAS AVE 95133

| HOME PHONE | BUSINESS PHONE | CO - BUYER'S SIGNATURE |
|------------|----------------|------------------------|

FORM NO. F120 (Rev.01/00) 1995 Motor Car Dealer Forms, Inc.
Forms and related services sold without express or implied warranty as to content, fitness or legal compliance.

TO ORDER ☎ 1-800-559-3676

1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  75 East Santa Clara Street
   Suite 290
3  San Jose, California 95113

4  KEATON & ASSOCIATES, P.C.
   MICHAEL J. KEATON, ESQ. (IL# 6207203)
5  JONATHAN R. KSIAZEK, ESQ. (IL# 6296997)
   1278 W. Northwest Highway
6  Suite 903                                    *E-FILED - 6/23/09*
   Palatine, Illinois 60074

7
   ATTORNEYS FOR GREENFIELD FRESH, INC.
8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN JOSE DIVISION

11  GREENFIELD FRESH, INC.,            )
                                       )
12          Plaintiff,                 )    CIVIL ACTION
                                       )
13     v.                              )    Case No.
                                       )
14  GUICHO'S PRODUCE, INC. and         )    JUDGMENT
    ROBERTO P. GUICHO, individually,   )
15                                     )
            Defendants.                )
16

17          STIPULATION AND CONSENT JUDGMENT

18          Upon the joint request of plaintiff, Greenfield Fresh, Inc. (the "Plaintiff"), and all defendants,

19  Guicho's Produce, Inc. (the "Company") and Roberto P. Guicho (the "Principal")(the Company and

20  the Principal are hereinafter collectively referred to as the "Defendants"), for the entry of a final

21  judgment by consent between the parties as follows:

22          A)     The Defendants have indicated their individual and collective consent to the entry of

23  this Judgment and through such consent, have waived personal service and any

24  objection to the Court's exercise of both personal and subject matter jurisdiction in

25  this matter over them to allow for the entry of this Judgment.

26

B)    The Court, having been so advised, hereby finds the Defendants, jointly and severally, are indebted to the Plaintiff, for a breach of the trust imposed upon their assets under § 499e(c) the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t, as amended (2007 & Supp. 2008) (the "PACA"), in the agreed amount of $128,372.82.

Accordingly, **IT IS HEREBY ORDERED:**

1.    On Count I of the Complaint, Final Judgment is hereby granted and entered in favor of Plaintiff and against the Defendants, on a joint and several basis, in the amount of $128,372.82 (hereinafter the "Outstanding Indebtedness"), less any sums recovered under any other Counts of the Complaint.

2.    On Count II of the Complaint, Final Judgment is hereby granted and entered in favor of Plaintiff and against the Defendants, on a joint and several basis, in the full amount of the Outstanding Indebtedness, less any sums recovered under any other Counts of the Complaint.

3.    On Count III of the Complaint, Final Judgment is hereby granted and entered in favor of Plaintiff and against the Company, in the full amount of the Outstanding Indebtedness, less any sums recovered under any other Counts of the Complaint.

4.    On Count IV of the Complaint, Final Judgment is hereby granted and entered in favor of Plaintiff and against the Principal in the full amount of the Outstanding Indebtedness, less any sums recovered under any other Counts of the Complaint.

5.    Nothing in this Judgment shall be construed as limiting the Plaintiff to recovery from any particular defendant before any other. While the Plaintiff is restricted to a single recovery, that recovery may be had from any of the Defendants, in any order of payment, up to and including the full amount of the Outstanding Indebtedness.

6.    The Principal shall deliver the following payments to the Plaintiff, on the following schedule, and in the following manner, to preclude execution on this Judgment:

- 2 -

1    (a)    Principal shall deliver the sum of $5,000.00 in the form of a certified check to

2    Plaintiff's Counsel, payable to: "Keaton & Associates Client Trust",

3    contemporaneous with the execution and return of this Consent Judgment or before

4    May 1, 2009, and;

5    (b)    Principal shall satisfy the remaining balance of the Outstanding Indebtedness to the

6    Plaintiff via wire transfer to Plaintiff's Counsel in accordance with the payment

7    schedule attached hereto as Exhibit A and incorporated herein by this reference.

8    (c)    Principal shall make each payment set forth above via wire transfer to Plaintiff's

9    Counsel, payable to: "Keaton & Associates Client Trust", and ensure delivery to

10    Plaintiff's Counsel on or before the dates set forth above. The Plaintiff will apply

11    each payment to the Outstanding Indebtedness in any order, at its sole discretion, as

12    long as the Principal receives full credit for each such transfer.

13    7.    As long as the above payments are each delivered to Plaintiff's Counsel on or before

14 the dates set forth above, the Plaintiff shall not execute upon this Judgment. Upon the Principal's

15 failure to make any payment required hereunder when due ("Default"), Plaintiff may issue a notice

16 of Default via facsimile transmission to Robert Sanchez, Esq. at the following fax number: 408/293-

17 0714, whereupon the Principal shall be afforded three (3) business days to cure the Default. If the

18 Principal fails to cure the Default within this cure period, or if the Principal defaults, regardless of

19 cure, a third time, the Plaintiff shall be free to immediately execute upon this Judgment. Following

20 any un-cured Default or upon a third Default, Principal hereby agrees any post-Default attorneys'

21 fees and costs shall be added in full to the balance then due on, and become part of, the Outstanding

22 Indebtedness.

23    8.    Interest shall continue to accrue on the Outstanding Indebtedness at the agreed

24 contract rate between the parties of 1.5% percent per month.

25    9.    The amount of this Consent Judgment, with a corresponding credit given for all sums

26    - 3 -

1    Plaintiff actually receives in satisfaction hereof, is hereby expressly founded upon Principal's breach

2    of his fiduciary duties and, as such, is hereby excepted and excluded from any discharge of personal

3    liability which he may seek in any proceedings under Title 11, United States Code pursuant to 11

4    U.S.C. § 523(a)(4).

5    **DONE AND SO ORDERED**    June

6    DATE: In Chambers this __23__ day of May, 2009 in San Jose, California.

7

8    *Ronald M. Whyte*

9    **Hon. Ronald M. Whyte**
   **UNITED STATES DISTRICT COURT**
10    **NORTHERN DISTRICT OF CALIFORNIA**

11

12    *ACKNOWLEDGED AND AGREED:*

13    GREENFIELD FRESH, INC.,      GUICHO'S PRODUCE, INC. and ROBERTO
   P. GUICHO, individually

14    By: _____      By: _____

15    One of Its Attorneys      One of Their Attorneys

16    Kathryn Diemer, Esq.      Robert Sanchez, Esq.
   DIEMER, WHITMAN & CARDOSI, LLP    ROBERT SANCHEZ LAW OFFICES
17    75 East Santa Clara Street, Suite 290    1671 The Alameda #300
   San Jose, California 95113      San Jose, California 95126
18    Tel: 408/971-6270      Tel: 408/298-1505
   kdiemer@diemerwhitman.com      rslawyer@pacbell.net

19

20    -AND-

21    Co-Counsel:

22    Michael J. Keaton, Esq.
   Jonathan R. Ksiazek, Esq.
23    KEATON & ASSOCIATES, P.C.
   1278 W. Northwest Highway, Suite 903
24    Palatine, Illinois 60067
   Tel: 847/934-6500
25    ksiazek@pacatrust.com

26    - 4 -

**Payment Analysis: Guicho's Produce, Inc.**

| | | |
|---|---|---|
| Total Settlement | $ | 128,372.82 |
| Down Payment | $ | 5,000.00 |
| Amt. Amortized | $ | 123,372.82 |
| Interest Rate | 18% per annum | (per contract agreement) |
| Term (Weekly) | 69 Weeks | |
| Weekly Pmt. | $ | 2,000.00 |

| | Pmt. Amt. | Due Date | Earned Interest | Principal Reduction | Balance Due |
|---|---|---|---|---|---|
| Down Pmt. | $ 5,000.00 | 05/01/09 | $ - | $ 5,000.00 | $ 123,372.82 |
| 1 | $ 5,000.00 | 05/08/09 | $ 462.65 | $ 4,837.35 | $ 118,535.47 |
| 2 | $ 2,000.00 | 05/15/09 | $ 445.63 | $ 1,554.37 | $ 117,281.10 |
| 3 | $ 2,000.00 | 05/22/09 | $ 439.80 | $ 1,560.20 | $ 115,720.91 |
| 4 | $ 2,000.00 | 05/29/09 | $ 433.95 | $ 1,566.05 | $ 114,154.86 |
| 5 | $ 2,000.00 | 06/05/09 | $ 428.08 | $ 1,571.92 | $ 112,582.94 |
| 6 | $ 2,000.00 | 06/12/09 | $ 422.19 | $ 1,577.81 | $ 111,005.13 |
| 7 | $ 2,000.00 | 06/19/09 | $ 416.27 | $ 1,583.73 | $ 109,421.39 |
| 8 | $ 2,000.00 | 06/26/09 | $ 410.33 | $ 1,589.67 | $ 107,831.72 |
| 9 | $ 2,000.00 | 07/03/09 | $ 404.37 | $ 1,595.63 | $ 106,236.09 |
| 10 | $ 2,000.00 | 07/10/09 | $ 398.39 | $ 1,601.61 | $ 104,634.48 |
| 11 | $ 2,000.00 | 07/17/09 | $ 392.38 | $ 1,607.62 | $ 103,026.86 |
| 12 | $ 2,000.00 | 07/24/09 | $ 386.35 | $ 1,613.65 | $ 101,413.21 |
| 13 | $ 2,000.00 | 07/31/09 | $ 380.30 | $ 1,619.70 | $ 99,793.51 |
| 14 | $ 2,000.00 | 08/07/09 | $ 374.23 | $ 1,625.77 | $ 98,167.73 |
| 15 | $ 2,000.00 | 08/14/09 | $ 368.13 | $ 1,631.87 | $ 96,535.86 |
| 16 | $ 2,000.00 | 08/21/09 | $ 362.01 | $ 1,637.99 | $ 94,897.87 |
| 17 | $ 2,000.00 | 08/28/09 | $ 355.87 | $ 1,644.13 | $ 93,253.74 |
| 18 | $ 2,000.00 | 09/04/09 | $ 349.70 | $ 1,650.30 | $ 91,603.44 |
| 19 | $ 2,000.00 | 09/11/09 | $ 343.51 | $ 1,656.49 | $ 89,946.95 |
| 20 | $ 2,000.00 | 09/18/09 | $ 337.30 | $ 1,662.70 | $ 88,284.26 |
| 21 | $ 2,000.00 | 09/25/09 | $ 331.07 | $ 1,668.93 | $ 86,615.32 |
| 22 | $ 2,000.00 | 10/02/09 | $ 324.81 | $ 1,675.19 | $ 84,940.13 |
| 23 | $ 2,000.00 | 10/09/09 | $ 318.53 | $ 1,681.47 | $ 83,258.65 |
| 24 | $ 2,000.00 | 10/16/09 | $ 312.22 | $ 1,687.78 | $ 81,570.87 |
| 25 | $ 2,000.00 | 10/23/09 | $ 305.89 | $ 1,694.11 | $ 79,876.76 |
| 26 | $ 2,000.00 | 10/30/09 | $ 299.54 | $ 1,700.46 | $ 78,176.30 |
| 27 | $ 2,000.00 | 11/06/09 | $ 293.16 | $ 1,706.84 | $ 76,469.46 |
| 28 | $ 2,000.00 | 11/13/09 | $ 286.76 | $ 1,713.24 | $ 74,756.22 |
| 29 | $ 2,000.00 | 11/20/09 | $ 280.34 | $ 1,719.66 | $ 73,036.56 |
| 30 | $ 2,000.00 | 11/27/09 | $ 273.89 | $ 1,726.11 | $ 71,310.45 |
| 31 | $ 2,000.00 | 12/04/09 | $ 267.41 | $ 1,732.59 | $ 69,577.86 |
| 32 | $ 2,000.00 | 12/11/09 | $ 260.92 | $ 1,739.08 | $ 67,838.78 |
| 33 | $ 2,000.00 | 12/18/09 | $ 254.40 | $ 1,745.60 | $ 66,093.17 |
| 34 | $ 2,000.00 | 12/25/09 | $ 247.85 | $ 1,752.15 | $ 64,341.02 |
| 35 | $ 2,000.00 | 01/01/10 | $ 241.28 | $ 1,758.72 | $ 62,582.30 |
| 36 | $ 2,000.00 | 01/08/10 | $ 234.68 | $ 1,765.32 | $ 60,816.99 |
| 37 | $ 2,000.00 | 01/15/10 | $ 228.06 | $ 1,771.94 | $ 59,045.05 |
| 38 | $ 2,000.00 | 01/22/10 | $ 221.42 | $ 1,778.58 | $ 57,266.47 |
| 39 | $ 2,000.00 | 01/29/10 | $ 214.75 | $ 1,785.25 | $ 55,481.22 |
| 40 | $ 2,000.00 | 02/05/10 | $ 208.05 | $ 1,791.95 | $ 53,689.27 |
| 41 | $ 2,000.00 | 02/12/10 | $ 201.33 | $ 1,798.67 | $ 51,890.61 |



| 42 | $ | 2,000.00 | 02/19/10 | $ | 194.59 | $ | 1,805.41 | $ | 50,085.20 |
|---|---|---|---|---|---|---|---|---|---|
| 43 | $ | 2,000.00 | 02/26/10 | $ | 187.82 | $ | 1,812.18 | $ | 48,273.02 |
| 44 | $ | 2,000.00 | 03/05/10 | $ | 181.02 | $ | 1,818.98 | $ | 46,454.04 |
| 45 | $ | 2,000.00 | 03/12/10 | $ | 174.20 | $ | 1,825.80 | $ | 44,628.24 |
| 46 | $ | 2,000.00 | 03/19/10 | $ | 167.36 | $ | 1,832.64 | $ | 42,795.60 |
| 47 | $ | 2,000.00 | 03/26/10 | $ | 160.48 | $ | 1,839.62 | $ | 40,956.08 |
| 48 | $ | 2,000.00 | 04/02/10 | $ | 153.59 | $ | 1,846.41 | $ | 39,109.67 |
| 49 | $ | 2,000.00 | 04/08/10 | $ | 146.66 | $ | 1,853.34 | $ | 37,256.33 |
| 50 | $ | 2,000.00 | 04/16/10 | $ | 139.71 | $ | 1,860.29 | $ | 35,396.04 |
| 51 | $ | 2,000.00 | 04/23/10 | $ | 132.74 | $ | 1,867.26 | $ | 33,528.78 |
| 52 | $ | 2,000.00 | 04/30/10 | $ | 125.73 | $ | 1,874.27 | $ | 31,654.51 |
| 53 | $ | 2,000.00 | 05/07/10 | $ | 118.70 | $ | 1,881.30 | $ | 29,773.21 |
| 54 | $ | 2,000.00 | 05/14/10 | $ | 111.65 | $ | 1,888.35 | $ | 27,884.86 |
| 55 | $ | 2,000.00 | 05/21/10 | $ | 104.57 | $ | 1,895.43 | $ | 25,989.43 |
| 56 | $ | 2,000.00 | 05/28/10 | $ | 97.46 | $ | 1,902.54 | $ | 24,086.89 |
| 57 | $ | 2,000.00 | 06/04/10 | $ | 90.33 | $ | 1,909.67 | $ | 22,177.22 |
| 58 | $ | 2,000.00 | 06/11/10 | $ | 83.16 | $ | 1,916.84 | $ | 20,260.38 |
| 59 | $ | 2,000.00 | 06/18/10 | $ | 75.98 | $ | 1,924.02 | $ | 18,336.36 |
| 60 | $ | 2,000.00 | 06/25/10 | $ | 68.76 | $ | 1,931.24 | $ | 16,405.12 |
| 61 | $ | 2,000.00 | 07/02/10 | $ | 61.52 | $ | 1,938.48 | $ | 14,466.64 |
| 62 | $ | 2,000.00 | 07/09/10 | $ | 54.25 | $ | 1,945.75 | $ | 12,520.89 |
| 63 | $ | 2,000.00 | 07/16/10 | $ | 46.95 | $ | 1,953.05 | $ | 10,567.84 |
| 64 | $ | 2,000.00 | 07/23/10 | $ | 39.63 | $ | 1,960.37 | $ | 8,607.47 |
| 65 | $ | 2,000.00 | 07/30/10 | $ | 32.28 | $ | 1,967.72 | $ | 6,639.75 |
| 66 | $ | 2,000.00 | 08/06/10 | $ | 24.90 | $ | 1,975.10 | $ | 4,664.65 |
| 67 | $ | 2,000.00 | 08/13/10 | $ | 17.49 | $ | 1,982.51 | $ | 2,682.14 |
| 68 | $ | 2,000.00 | 08/20/10 | $ | 10.06 | $ | 1,989.94 | $ | 692.20 |
| 69 | $ | 694.79 | 08/27/10 | $ | 2.60 | $ | 692.19 | $ | 0.00 |
| Totals | $ | 144,694.79 | | $ | 16,321.97 | $ | 128,372.82 | | |

Page 2