**E-FILED on** __6/16/10__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREENFIELD FRESH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GUICHO'S PRODUCE, INC. and ROBERTO P. GUICHO, individually,<br><br>    Defendants. | No. C-09-01114 RMW<br><br>ORDER REGARDING SEIZURE OF ASSETS PURSUANT TO WRIT OF EXECUTION<br><br>**[Re Docket No. 18]** |

On May 4, 2009, the court entered default as to defendants Guicho's Produce, Inc. and Roberto P. Guicho. On June 23, 2009, the court entered final judgment by consent. Final judgment was entered in favor of plaintiff Greenfield Fresh, Inc. and against defendants on a joint and several basis in the amount of $128,372.82. As represented in the Declaration of Kathryn S. Diemer, defendants have failed to make any payments pursuant to the consent judgment. On June 7, 2010, the court clerk signed a writ of execution for possession of personal property, authorizing the sheriff or marshal to enforce the judgment with daily interest and their costs. As set forth on the writ of execution, the debt as of May 24, 2010 was $120,436.93.

Plaintiff seeks an order from the court directing the U.S. Marshal to seize the assets identified in the writ of execution. As set forth in Cal. Code Civ. P. § 699.530, "[u]pon delivery of

the writ of execution to the levying officer to whom the writ is directed, together with the written instructions of the judgment creditor, the levying officer shall execute the writ in the manner prescribed by law." A "levying officer" means the sheriff or marshal. Cal. Code Civ. P. § 680.260. Therefore, the U.S. Marshal is to execute the writ in compliance with the law[1] after both the writ of execution and written instructions from the plaintiff have been delivered to the U.S. Marshal. It does not appear that plaintiff has provided the U.S. Marshal the written instructions required under Cal. Code Civ. P. § 687.010. These instructions must be signed by plaintiff's attorney of record and must contain the information needed or requested by the U.S. Marshal to execute the writ in compliance with the law. Cal. Code Civ. P. § 687.010. The U.S. Marshal is to act in accordance with the written instructions to the extent those actions are in compliance with the law and are not known to be incorrect. *Id.*

Before the U.S. Marshal is to execute the writ, plaintiff is required to first deposit a sum of money with the U.S. Marshal sufficient to pay the costs of executing the writ. Cal. Code Civ. P. § 685.010. Before the U.S. Marshal is to take any property into custody, plaintiff is also required to deposit with the U.S. Marshal a sum of money sufficient to pay the costs of taking the property and keeping it safely for a period not to exceed 15 days. *Id.*

DATED:     6/16/10

RONALD M. WHYTE
United States District Judge

---

[1] If the personal property sought to be seized is located in a private place of the judgment debtor, the U.S. Marshal is to demand delivery of the property by the judgment debtor rather than entering the private place to seize the property. Cal. Code Civ. P. § 699.030(a). At the time of levy or promptly thereafter, the U.S. Marshal shall serve on the judgment debtor personally or by mail: (1) the writ of execution; (2) a notice of levy; (3) if the judgment debtor is a natural person, the form listing exemptions prepared by the Judicial Council pursuant to Cal. Code Civ. P. § 681.030(c) and the list of exemption amounts published pursuant to Cal. Code Civ. P. § 703.150(d); and (4) any affidavit of identity, as defined in Cal. Code Civ. P. § 680.135, for names of the debtor listed on the writ of execution. Cal. Code Civ. P. § 700.010. In addition, the U.S. Marshal shall determine from the California Department of Motor Vehicles the name and address of the legal owner and each lienholder of all the vehicles identified in the writ of execution. Cal. Code Civ. P. § 700.090. At the time of levy or promptly thereafter, the U.S. Marshal shall serve the legal owner and each lienholder personally or by mail: (1) a copy of the writ of execution and (2) a notice of levy. *Id.*