1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  75 East Santa Clara Street
   Suite 290
3  San Jose, California 95113

4  KEATON & ASSOCIATES, P.C.
   MICHAEL J. KEATON, ESQ. IL# 6207203                    ~~ELECTRONICALLY FILED~~
5  1278 W. Northwest Highway
   Suite 903
6  Palatine, Illinois 60074

7  ATTORNEYS FOR GREENFIELD FRESH, INC.

8
                        UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
10
   GREENFIELD FRESH, INC.,                )
11                                         )
                     Plaintiff,            )
12                                         )    Case No. 09-01114/TO Y
              v.                           )
13                                         )   **ORDER DIRECTING EXAMINATION**
   GUICHO'S PRODUCE, INC. and              )   **AFTER JUDGMENT PURSUANT TO**
14 ROBERTO P. GUICHO, individually,        )   **FEDERAL RULE 69(a)(2)**
                                           )
15                   Defendants.           )
                                           )
16

17       A Default Judgment was entered on May 5, 2009 by Deputy Clerk, Albert Younger.

18 Defendants' failed to make payments pursuant to a Stipulation and Consent Judgment signed by

19 Judge Whyte on June 23, 2009. [See Declaration of Kathryn S. Diemer] Plaintiff Greenfield

20 Fresh, Inc. respectfully requests that the Court order an examination of Roberto P. Guicho, Chao

21 Alonzo Jesus, and Vincent Luna pursuant to Federal Rules of Civil Procedure, Rule 69(a)(2)

22 IT IS HEREBY ORDER THAT:

23 1.    Roberto P. Guicho, or the person most knowledgeable, the Debtor shall appear at the

24 offices of Diemer, Whitman & Cardosi, LLP, 75 E. Santa Clara Street; Suite 290; San Jose, CA

25 95113 for an examination at a time to be set by mutual agreement with Debtor's counsel no later

26

than March 10, 2012.  Mr. Guicho shall produce all requested documents concerning the ownership of property owned by or in the name of Roberto Guicho or Guicho's Produce, Inc., all bank accounts identifying Roberto Guicho or Guicho's Produce, Inc., a listing of all personal or corporate property, including but not limited to any automobiles registered to; owned by Roberto Guicho or Guicho's Produce, Inc. and all property owned by Guicho's Produce, Inc., including any motor vehicles of any kind.  Greenfield Fresh, Inc. will provide a court reporter for the examination.

2.     The accountant for Guicho's Produce, Inc. Mr. Chao Alonzo Jesus shall appear at the offices of Diemer, Whitman & Cardosi, LLP, 75 E. Santa Clara Street; Suite 290; San Jose, CA 95113 for an examination at a time to be set by mutual agreement with Debtor's counsel no later than April 27, 2012.  Mr. Jesus shall produce all requested documents concerning the ownership of property owned by or in the name of Roberto Guicho or Guicho's Produce, Inc., all bank accounts identifying Roberto Guicho or Guicho's Produce, Inc., a listing of all personal or corporate property, including but not limited to any automobiles registered to; owned by Roberto Guicho or Guicho's Produce, Inc. and all property owned by Guicho's Produce, Inc., including any motor vehicles of any kind.  Greenfield Fresh, Inc. will provide a court reporter for the examination.

3.     The bookkeeper for Guicho's Produce, Inc., Mr. Vincent Luna shall appear at the offices of Diemer, Whitman & Cardosi, LLP, 75 E. Santa Clara Street; Suite 290; San Jose, CA 95113 for an examination at a time to be set by mutual agreement with Debtor's counsel no later than April 27, 2012.  Mr. Luna shall produce all requested documents concerning the ownership of property owned by or in the name of Roberto Guicho or Guicho's Produce, Inc., all bank accounts identifying Roberto Guicho or Guicho's Produce, Inc., a listing of all personal or corporate property, including but not limited to any automobiles registered to; owned by Roberto Guicho or Guicho's Produce, Inc. and all property owned by Guicho's Produce, Inc., including

- 2 -

1   any motor vehicles of any kind.  Greenfield Fresh, Inc. will provide a court reporter for the

2   examination.

3

4   Dated:_____

5

6

7   Date:        March 14, 2012              GREENFIELD FRESH, INC.

8

9                                           By: /s/ Kathryn S. Diemer, Esq.
                                                   One of Its Attorneys

10                                          Local Counsel

11                                          Kathryn S. Diemer, Esq.
                                            DIEMER, WHITMAN & CARDOSI, LLP

12                                          75 East Santa Clara Street, Suite 290
                                            San Jose, California 95113

13                                          Tel: 408/971-6270
                                            Fax: 408/971-6271

14                                          kdiemer@diermerwhitman.com

15                                          - AND-

16                                          Michael J. Keaton, Esq.
                                            Illinois Bar No. 6207203

17                                          KEATON & ASSOCIATES, P.C.
                                            1278 W. Northwest Highway, Suite 903

18                                          Palatine, Illinois 60067
                                            Tel: 847/934-6500

19                                          Fax: 847/934-6508
                                            keaton@pacatrust.com

20                                          Counsel for the Plaintiff

21

22

23

24

25

26                                          - 3 -