1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  75 East Santa Clara Street
   Suite 290
3  San Jose, California 95113

4  KEATON & ASSOCIATES, P.C.
   MICHAEL J. KEATON, ESQ. IL# 6207203
5  1278 W. Northwest Highway
   Suite 903
6  Palatine, Illinois 60074

7  ATTORNEYS FOR GREENFIELD FRESH, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENFIELD FRESH, INC., ) | |
| ) Plaintiff, ) | |
| ) | Case No. 09-01114/TO Y |
| v. ) | |
| ) | **ORDER DIRECTING EXAMINATION** |
| GUICHO'S PRODUCE, INC. and ) | **AFTER JUDGMENT PURSUANT TO** |
| ROBERTO P. GUICHO, individually, ) | **FEDERAL RULE 69(a)(2)** |
| ) | |
| Defendants. ) | |

A Default Judgment was entered on May 5, 2009 by Deputy Clerk, Albert Younger. Defendants' failed to make payments pursuant to a Stipulation and Consent Judgment signed by Judge Whyte on June 23, 2009. [See Declaration of Kathryn S. Diemer] Plaintiff Greenfield Fresh, Inc. respectfully requests that the Court order an examination of Roberto P. Guicho, Chao Alonzo Jesus, and Vincent Luna pursuant to Federal Rules of Civil Procedure, Rule 69(a)(2)

IT IS HEREBY ORDER THAT:

1.  Roberto P. Guicho, or the person most knowledgeable, the Debtor shall appear at the offices of Diemer, Whitman & Cardosi, LLP, 75 E. Santa Clara Street; Suite 290; San Jose, CA 95113 for an examination at a time to be set by mutual agreement with Debtor's counsel no later

1  than March 10, 2012. Mr. Guicho shall produce all requested documents concerning the
2  ownership of property owned by or in the name of Roberto Guicho or Guicho's Produce, Inc.,
3  all bank accounts identifying Roberto Guicho or Guicho's Produce, Inc., a listing of all personal
4  or corporate property, including but not limited to any automobiles registered to; owned by
5  Roberto Guicho or Guicho's Produce, Inc. and all property owned by Guicho's Produce, Inc.,
6  including any motor vehicles of any kind. Greenfield Fresh, Inc. will provide a court reporter
7  for the examination.
8  2.  The accountant for Guicho's Produce, Inc. Mr. Chao Alonzo Jesus shall appear at the
9  offices of Diemer, Whitman & Cardosi, LLP, 75 E. Santa Clara Street; Suite 290; San Jose, CA
10  95113 for an examination at a time to be set by mutual agreement with Debtor's counsel no later
11  than April 27, 2012. Mr. Jesus shall produce all requested documents concerning the ownership
12  of property owned by or in the name of Roberto Guicho or Guicho's Produce, Inc., all bank
13  accounts identifying Roberto Guicho or Guicho's Produce, Inc., a listing of all personal or
14  corporate property, including but not limited to any automobiles registered to; owned by Roberto
15  Guicho or Guicho's Produce, Inc. and all property owned by Guicho's Produce, Inc., including
16  any motor vehicles of any kind. Greenfield Fresh, Inc. will provide a court reporter for the
17  examination.
18  3.  The bookkeeper for Guicho's Produce, Inc., Mr. Vincent Luna shall appear at the offices
19  of Diemer, Whitman & Cardosi, LLP, 75 E. Santa Clara Street; Suite 290; San Jose, CA 95113
20  for an examination at a time to be set by mutual agreement with Debtor's counsel no later than
21  April 27, 2012. Mr. Luna shall produce all requested documents concerning the ownership of
22  property owned by or in the name of Roberto Guicho or Guicho's Produce, Inc., all bank
23  accounts identifying Roberto Guicho or Guicho's Produce, Inc., a listing of all personal or
24  corporate property, including but not limited to any automobiles registered to; owned by Roberto
25  Guicho or Guicho's Produce, Inc. and all property owned by Guicho's Produce, Inc., including
26

1  any motor vehicles of any kind.  Greenfield Fresh, Inc. will provide a court reporter for the
2  examination.

4  Dated:_____

APPROVED
*Ronald M. Whyte*
Judge Ronald M. Whyte
United States District Court Judge

7  Date:       March 14, 2012            GREENFIELD FRESH, INC.

   By: /s/ Kathryn S. Diemer, Esq.
         One of Its Attorneys

   Local Counsel
   Kathryn S. Diemer, Esq.
   DIEMER, WHITMAN & CARDOSI, LLP
   75 East Santa Clara Street, Suite 290
   San Jose, California 95113
   Tel: 408/971-6270
   Fax: 408/971-6271
   kdiemer@diermerwhitman.com

   - AND-

   Michael J. Keaton, Esq.
   Illinois Bar No. 6207203
   KEATON & ASSOCIATES, P.C.
   1278 W. Northwest Highway, Suite 903
   Palatine, Illinois 60067
   Tel: 847/934-6500
   Fax: 847/934-6508
   keaton@pacatrust.com
   Counsel for the Plaintiff

- 3 -